UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEVYANI BANSAL, et al,
                        Plaintiffs,

        -against-

22 civ 6428 (JGK)

DR. M. JADDOU,
                        Defendant.
-------------------------------------------------------------X

## ORDER

The September 28, 2022 conference is canceled. The parties shall submit a Rule 26(f) statement by **September 30, 2022.**

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 19, 2022